No. 893. A. J. PRESTON, PETITIONER, *v.* STURGIS MILLING COMPANY; No. 894. A. J. PRESTON, PETITIONER, *v.* THE CHICAGO, ST. LOUIS & NEW ORLEANS RAILROAD COMPANY; and No. 895. A. J. PRESTON, PETITIONER, *v.* T. W. CALLOWAY ET AL. February 27, 1911. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Helm Bruce* and *Mr. Kennedy Helm* for the petitioner. *Mr. James F. Fairleigh* for the respondents in Nos. 893 and 895. *Mr. Edmund F. Trabue, Mr. John C. Doolan, Mr. Attila Cox, Jr.,* and *Mr. Blewett Lee* for the respondent in No. 894.

―――――――

No. 903. PATRICK K. CONNOLLY, PETITIONER, *v.* FRANCIS E. BOUCK, ADMINISTRATOR, ETC., ET AL. February 27, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Hugh Butler* for the petitioner. No appearance for the respondent.

―――――――

Nos. 850 and 851. THE MICHIGAN TRUST COMPANY, PETITIONER, *v.* EDWARD P. FERRY. March 6, 1911. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Willard F. Keeney, Mr. E. B. Critchlow* and *Mr. Charles S. Thomas* for the petitioner. *Mr. Franklin S. Richards* for the respondent.